UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHILANE CARTER,

                       Plaintiff,

             -against-

WHOLE FOODS MARKET NY CORP., WHOLE
FOODS MARKET, INC. and WHOLE FOODS
MARKET GROUP, INC.,

                     Defendants.
-----------------------------------------------------------------X

**Civil Action**

**Case No.:**

**<u>NOTICE OF REMOVAL</u>**

      Defendants, WHOLE FOODS MARKET GROUP, INC. and WHOLE FOODS MARKET GROUP, INC. i/s/h/a "WHOLE FOODS MARKET, INC.", by their attorneys, FISHMAN McINTYRE LEVINE SAMANSKY P.C., respectfully petition the United States District Court, Eastern District of New York, upon information and belief, as follows:

      1.    This case was originally commenced on or about May 26, 2026 in the Supreme Court of the State of New York, County of Kings.  The suit is identified in the Supreme Court as "*Shilane Carter v. Whole Foods Market NY Corp., Whole Foods Market, Inc. and Whole Foods Market Group, Inc.*", Index No. 519586/2026.  True copies of plaintiff's Summons and Verified Complaint are cumulatively annexed hereto as **Exhibit A**.

      2.    Defendant, Whole Foods Market Group, Inc., first received notice of the suit when service was effectuated upon CT Corporation as its registered agent for service of process in New York, on or about May 27, 2026.  See **Exhibit B** hereto.

      3.    This office, on behalf defendants, Whole Foods Market Group, Inc. and Whole Foods Market Group, Inc. i/s/h/a "Whole Foods Market, Inc.", filed an Answer to plaintiff's Complaint on or about June 22, 2026.  A true copy of the above-referenced defendants' Answer to plaintiff's Complaint is annexed hereto as **Exhibit C**.

4. No appearance has been entered to date on behalf of defendant, Whole Foods Market NY Corp.

5. The grounds for removal are based on the original jurisdiction of this Court under 28 U.S.C. § 1332, which allows this Court to hear matters based on diversity of citizenship of the parties.

6. In plaintiff's Complaint, plaintiff expressly "demands judgment against defendants in an amount that exceeds [] the minimum amount in controversy required for federal diversity jurisdiction pursuant to 28 U.S.C. § 1332[.]" See **Exhibit A**, *ad damnum* beyond para. 98.

7. Based upon the foregoing, there can be no doubt that the amount in controversy herein exceeds $75,000.00, exclusive of interest and costs.

8. In addition, this Notice of Removal is filed within 30 days of plaintiff's written notification of the monetary amount of damages claimed, namely by plaintiff's Complaint served upon defendant, Whole Foods Market Group, Inc. on May 27, 2026.

9. Defendant, Whole Foods Market Group, Inc., is a foreign corporation, incorporated in the State of Delaware and having its principal place of business in Austin, Texas. See **Exhibit D** hereto.

10. Defendant, Whole Foods Market, Inc., is a foreign corporation, incorporated in the State of Texas and having its principal place of business in Austin, Texas. See **Exhibit E** hereto.

11. In plaintiff's Verified Complaint, plaintiff alleges she "was and has been a resident of the County of Kings, State of New York" as of the time the action was commenced in Supreme Court, Kings County. (See **Exhibit A** hereto, Complaint at para. 1).

12. Moreover, plaintiff is registered to vote in the State of New York, a further indicator that she is domiciled in and a citizen of the State of New York. See **Exhibit F** annexed hereto.

13. In sum, plaintiff's residence and voter registration in the State of New York provide ample verification that she is domiciled in and a citizen of the State of New York. See, e.g., Jordan v. Verizon

2

Corp., 2008 WL 5209989, at *5 (S.D.N.Y. Dec. 10, 2008) (itemizing list of factors to be considered in determining a party's domicile); Reviakine v. Mednikov, 2016 WL 8711206, at *2 (E.D.N.Y. Apr. 29, 2016) (same); see also, 13B Charles Alan Wright, et al., Federal Practice and Procedure § 3612, at 530-31 (2d ed.1984).

14. Thus, there can be no reasonable dispute that plaintiff is presently a citizen of the State of New York and was a citizen of the State of New York at all relevant times, including as of the time the instant cause of action was commenced in state court.[1]

15. As referred to above, defendants, Whole Foods Market Group, Inc. and Whole Foods Market, Inc., each are foreign corporations, the former incorporated in the State of Delaware, the later incorporated in the State of Texas, and both having their principal places of business in Austin, Texas (see **Exhibit D** and **Exhibit E**).

16. Significantly, the citizenship of the other defendant, Whole Foods Market NY Corp., must be disregarded by the Court on this application for removal.

17. Indeed, "Whole Foods Market NY Corp." bears no relationship whatsoever to defendant, Whole Foods Market Group, Inc., its employees or the store premises which form the basis of plaintiff's Complaint.

18. To the contrary, it is defendant, Whole Foods Market Group, Inc., which **exclusively** leases, operates and maintains the "Whole Foods Market" store located at 214 3rd Street, Brooklyn, New York, the premises which forms the basis of plaintiff's Complaint herein.

19. Whole Foods Market Group, Inc. is registered to do business in the State of New York and has designated Nassau County as its place of business pursuant to the Business Corporation Law of the State of New York.

---

[1] Defendant respectfully requests that, should this Court harbor any doubt concerning the citizenship of plaintiff at any relevant time, namely either at the time the action was commenced in state court and/or at the time of removal, an evidentiary hearing be held for the limited purpose of establishing citizenship in lieu of ordering a remand *sua sponte*.

3

20.     To the contrary, the entity registered in the State of New York as "Whole Foods Market NY Corp." is **not affiliated with** Whole Foods Market Group, Inc. in any capacity.

21.     Whole Foods Market Group, Inc. is currently taking action to address the unauthorized use of its brand name by the apparently fraudulent entity using the name "Whole Foods Market NY Corp.". Investigation undertaken by and/or on behalf of Whole Foods Market Group, Inc. has suggested that apparent wrong-doers are registering similarly-sounding corporate entity names, including but not limited to "Whole Foods Market NY Corp.", as part of a scheme to defraud banks, either in cashing fraudulent checks or obtaining loans and/or withdrawals and otherwise conflate public belief that such entity is affiliated with or associated with the "Whole Foods Market" brand or likeness.

22.     The fraudulent entity, "Whole Foods Market NY Corp.", is not connected to Whole Foods Market Group, Inc. in any manner and it plays no role whatsoever in the ownership, operation and/or maintenance of any Whole Foods Market store anywhere in New York State or in any other State. Nor does "Whole Foods Market NY Corp." have any involvement whatsoever in the employment of employees and management of any Whole Foods Market store.

23.     The registrant of "Whole Foods Market NY Corp.", namely "Walkiria E. Valentin", is not affiliated with Whole Foods Market Group, Inc. in any capacity (e.g., as a landlord, business partner or employee). See **Exhibit G**, annexed hereto.

24.     Upon information and belief, "Whole Foods Market NY Corp." has made unauthorized use of the brand identity of Whole Foods Market Group, Inc., representing potential misconduct by a malicious party as part of an organized scheme to defraud banks by cashing fraudulent checks or improperly obtaining loans and/or withdrawals of funds.

25.     The corporate registration by "Whole Foods Market NY Corp." was performed in a state (i.e., New York) that does not perform any sort of examination of the corporate name in a new entity

4

filing. The registration by "Whole Foods Market NY Corp." should not have been approved by the New York Department of State given the substantial similarity to existing names already properly registered to Whole Foods Market Group, Inc. and its authorized affiliates.

26.     In sum, plaintiff has named an incorrect and non-involved entity as a defendant to this civil action, "Whole Foods Market NY Corp.", and the citizenship of this improper defendant should be disregarded for purposes of this application for removal pursuant to 28 U.S.C. § 1332.

27.     In sum, based upon the foregoing, diversity of citizenship exists between the only relevant parties to this civil action. Plaintiff is a citizen of the State of New York and was a citizen of the State of New York at all relevant times, including as of the time the instant cause of action arose, the time the action was commenced in state court and presently. On the other hand, the only viable defendant to this action, Whole Foods Market Group, Inc. and Whole Foods Market Group, Inc. i/s/h/a "Whole Foods Market, Inc." is a foreign corporation with citizenship in Delaware and in Texas. Even if the citizenship of "Whole Foods Market, Inc." were to be considered, that citizenship lies entirely in Texas. Therefore, this action is between a citizen of the State of New York (plaintiff) and a corporate citizen of states other than New York (defendants, Whole Foods Market Group, Inc. and Whole Foods Market Group, Inc. i/s/h/a "Whole Foods Market, Inc.").

28.     Written notice of the filing of this Notice of Removal has been given to all parties in accordance with 28 U.S.C. §1446 (d), as evidenced in the annexed Certificate of Service.

29.     Promptly after filing this Notice with the Court and the assignment of a civil docket number, a copy of this Notice will be filed with the Supreme Court of the State of New York, County of Kings, in accordance with 28 U.S.C. §1446(d).

**WHEREFORE** Petitioners, WHOLE FOODS MARKET GROUP, INC. and WHOLE FOODS MARKET GROUP, INC. i/s/h/a "WHOLE FOODS MARKET, INC.", defendants in the action

5

described herein now pending the Supreme Court of the State of New York, County of Kings, under Index

No. 519586/2026, prays that this action be removed therefrom to this Honorable Court.

Dated:  New York, New York
       June 24, 2026

                                Yours etc.,

                                MITCHELL B. LEVINE
                                FISHMAN McINTYRE LEVINE SAMANSKY P.C.
                                Attorneys for Defendants
                                WHOLE FOODS MARKET GROUP, INC. and
                                WHOLE FOODS MARKET GROUP, INC. i/s/h/a
                                "WHOLE FOODS MARKET, INC."
                                521 Fifth Avenue, 17th Floor
                                New York, New York 10175
                                (212) 461-7190
                                File No.: WH-204

TO:    MORGAN & MORGAN NEW YORK PLLC
        Attorneys for Plaintiff
        199 Water Street, 15th Floor
        New York, New York 10038
        (917) 344-7040

        Clerk
        Supreme Court, Kings County
        360 Adams Street
        Brooklyn, New York 11201

        *No appearance to date*:
        WHOLE FOODS MARKET NY CORP.

6