UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHILANE CARTER,

                Plaintiff,

        v.

WHOLE FOODS MARKET NY CORP.,
WHOLE FOODS MARKET, INC. and
WHOLE FOODS MARKET GROUP, INC.

                Defendants.

Case No.: 1:26-cv-03833-LDH-TAM

**STIPULATION AMENDING THE CAPTION, PLAINTIFF'S COMPLAINT, AND CONSENTING TO DIVERSITY JURISDICTION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties herein that, as a result of counsel for WHOLE FOODS MARKET, INC. and WHOLE FOODS MARKET GROUP, INC.'S representation that WHOLE FOODS MARKET GROUP, INC. is the proper corporate entity responsible for the subject premises at issue in this lawsuit, that the above captioned action is hereby amended to be set as follows:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHILANE CARTER,

                Plaintiff,

        v.

WHOLE FOODS MARKET GROUP, INC.

                Defendant.

Case No.: 1:26-cv-03833-LDH-TAM

**IT IS FURTHER STIPULATED AND AGREED**, that the caption has been amended to discontinue this action, without prejudice, as to Defendants WHOLE FOODS MARKET, INC. and WHOLE FOODS MARKET NY CORP.

**IT IS FURTHER STIPULATED AND AGREED**, that complete diversity of all parties is satisfied and that the amount in controversy in this matter is greater than the sum of $75,000.

**IT IS FURTHER STIPULATED AND AGREED**, that Plaintiff's Complaint be amended to correct the alleged incident date from "December 26, 2026" to the correct date "December 26, 2025."

**IT IS FURTHER STIPULATED AND AGREED**, that Defendants' motion to dismiss (Dkt. 4) is withdrawn.

**IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be signed in counterparts and by electronic means and may be filed with the Court without any further notice to any party. This stipulation may not be modified or amended except in a writing signed by each party herein.

Dated: July 9, 2026
    New York, New York


/s/ Nicholas Gerschman
Nicholas Gerschman
MORGAN & MORGAN NEW YORK PLLC
199 Water Street, 15th Floor
New York, New York 10038
(917) 344-7021
ngerschman@forthepeople.com

/s/ Mitchell Levine
Mitchell B. Levine
FISHMAN MCINTYRE PC
521 Fifth Avenue, 17th floor
New York, NY 10175
212-461-7190
mitch@fishmanmcintyre.com


SO ORDERED:

_Taryn A. Merkl_
HON. TARYN A. MERKL
United States Magistrate Judge

Dated: Brooklyn, New York
    _____July 17_____, 2026

3