UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SHILANE CARTER,

Plaintiff,

-against-

WHOLE FOODS MARKET GROUP, INC.

Defendant.

X Case No.: **1:26-cv-03833**

**NOTICE OF CHANGE OF ADDRESS**

To the Clerk of the Court and all parties of record:

I have cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney change information change(s) for:

MITCHELL B. LEVINE

My EDNY Bar Number: MLxx98 My State Bar Number is: 2522803

I am an attorney.

Firm information
Old Firm: Fishman McIntyre Levine Samansky, PC
521 Fifth Avenue, 17th Floor
New York, New York 10175
212-461-7190
973-560-0060

New Firm: Goldberg Miller & Rubin
1501 Broadway, Suite 715
New York, New York 10036

215-735-3994
mlevine@gmrlawfirm.com

I will continue to be counsel of record on the above-entitled case at my new firm/agency.

Dated: New York, New York
September 16, 2026

Yours etc.,

***/s/ Mitchell B. Levine, Esq.***

MITCHELL B. LEVINE, ESQ.
GOLDBERG MILLER & RUBIN P.C.
Attorneys for Defendant
TARGET CORPORATION
1501 Broadway, Suite 715
New York, New York 10036
mlevine@gmrlawfirm.com
(215) 735-3994
File No.: TARN-240
Please Direct all Correspondence to our Corporate Office
121 South Broad Street, Suite 1600
Philadelphia, PA 19107