GMR
GOLDBERG, MILLER & RUBIN
www.gmrlawfirm.com

**Please send all mail to the following address:**
**121 S. Broad Street, Suite 1600**
**Philadelphia, PA 19107**

November 24, 2026

**VIA ECF**
The Hon. Taryn A. Merkl, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** **Shilane Carter v. Whole Foods Market Group, Inc.**
**Case No.: 1:26-cv-03833**
**Our File No.: WH-204**

Dear Judge Merkl:

In connection with the above-referenced litigation, this firm represents defendant, Whole Foods Market Group, Inc. ("Whole Foods").

Please accept this correspondence as the parties' joint status report as to the progress of discovery, any settlement discussions, and whether the case should be referred for mediation or a settlement conference before the Court.

Our office has been experiencing difficulty in obtaining plaintiff's medical records pursuant to the HIPAA authorizations which had previously been provided to us. Unfortunately, this dearth of medical records has affected our ability to conduct plaintiff's deposition. This delay is of no fault of plaintiff or her counsel who have been diligent in their efforts to propose available dates for said deposition.

Our office is persistently working with our records retrieval service to obtain the outstanding medical records from the several providers and facilities. As such, we anticipate at this time that fact discovery, including party depositions, will still be completed by the current deadline of January 19, 2027. If there is any further delay anticipated in this regard, our office will notify Your Honor in advance of that deadline.

As for potential settlement, the parties have not engaged in discussions at this juncture. We believe that referral to mediation would be appropriate following the close of fact discovery.

This status letter is being filed with the consent of plaintiff's counsel.

Thank you for Your Honor's courtesies in this regard.

Respectfully submitted,

***/s/ Peter J. Murano***
PETER J. MURANO
pmurano@gmrlawfirm.com

cc: Nicholas Gerschman, Esq. (Via ECF)